FILED

2019 JAN 16 PM 2:51

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

MICHAEL HILL and
KENYATTA HILL,

    Plaintiffs,

v.                                                            CASE NO.: 6:19-CV-102-ORL-22kRS

CIRCLE K STORES INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION

    Defendant, CIRCLE K STORES, INC., by and through its undersigned counsel, and pursuant to 28 U.S.C. §1446 and Local Rule 4.02, hereby serves Notice of the Removal of the above-styled and numbered action from the Circuit Court of the Ninth Judicial Circuit of the State of Florida, in and for Orange County, by stating as follows:

    1.    Defendant gives notice of the exercise of its rights under the provisions of 28 U.S.C. §1441(b) to remove this action from the Circuit Court of the Ninth Judicial Circuit of the State of Florida, in and for Orange County, Florida.

    2.    Defendant is not in default and this Notice of Removal has been filed within thirty (30) days of service of Plaintiffs' Complaint which seeks damages following a shooting on Defendant's premises.

    3.    The claim asserted by Plaintiffs in the Complaint is one over which this Court has original jurisdiction under 28 U.S.C. §1332(a) and is one that may be removed to this Court by Defendant.

4. The claims are causes of action against Defendant which would be removable under the terms of 28 U.S.C. §1441(b) and this Court would have original jurisdiction of such claims or causes of action under 28 U.S.C. §1332(a).

5. Defendant asserts that the amounts in controversy exceed $75,000, exclusive of interest and costs, as Plaintiffs' Complaint seeks damages as follows:

> As a direct and proximate result of Circle K's violation of Fla. Stat. §812.173, Michael Hill was shot causing him to suffer permanent injury to his body and extremities, sustain pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of a pre-existing condition. The losses are either permanent and/or continuing in nature and Michael Hill shall continue to suffer such losses in the future. (Paragraph 13 of Plaintiffs' Complaint.)

6. Also, Plaintiff Kenyatta Hill is seeking damages for loss of consortium, as well as her own negligence claim, in which she alleges the following:

> As a further direct and proximate result of Circle K's negligence, Kenyatta Hill sustained significant mental distress, which manifested into physical injuries, causing her to suffer permanent injury to her body and extremities, sustain pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing case and treatment, loss of earning, loss of ability to earn money, and aggravation of a pre-existing condition. The losses are either permanent and/or continuing in a nature and Kenyatta Hill shall continue to suffer such losses in the future. (Paragraph 23 of Plaintiffs' Complaint.)

7. Defendant asserts that there is complete diversity. In this regard, Plaintiffs are citizens of the State of Florida. See Paragraph 3 of Plaintiffs' Complaint is attached as Exhibit A.

8. Defendant Circle K Stores Inc. is a Texas corporation with its principal place of business in Arizona. See the Affidavit of Al Smith of Circle K Stores Inc. which is attached and incorporated as Exhibit B.

9. Copies of all process, pleadings and Orders served upon Defendant have been filed herewith.

10. Copies of all materials on file from the State Court have been filed herein.

WHEREFORE, Defendant, CIRCLE K STORES INC., prays that this action be removed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail eservicehwd@conroysimberg.com; Stuart F. Cohen, Esquire; Conroy Simberg; 3440 Hollywood, Blvd., 2nd Floor, Hollywood, FL 33021 on this 15 day of January 2019

_____
Robert M. Stoler, Esquire
Florida Bar No. 816256
Catherine M. Verona, Esquire
Florida Bar No.: 0506559
**STOLER RUSSELL KEENER VERONA**
201 N. Franklin Street, Suite 3050
Tampa, Florida 33602
TEL: (813) 609-3200
Attorneys for Defendants
stolerservice@stolerrussell.com